UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14CR00287-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AMENDING JUDGMENT |
| | ) | |
| ALPHIN BROTHERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION by the United States to amend Judgment and direct the Clerk of U.S. District Court to credit funds paid by Defendant,

IT IS ORDERED that the judgment (DE #31) is AMENDED to indicate that payment of the court ordered fine shall be directed by the Clerk of U.S. District Court to the Magnuson-Stevens Conservation and Management Act Fund.

IT IS FURTHER ORDERED that the Clerk of U.S. District Court shall credit Defendant for full payment of Defendant's court ordered fine.

SO ORDERED, this 9th day of September, 2015.

_____
United States District Judge