IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-287-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHIN BROTHERS, INC. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 11, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 16 U.S.C. § 3374, and Title 28, United States Code, Section 2461, based upon the defendant pleading guilty to 16 U.S.C. § 3372(d)(3)(A), and agreeing to the forfeiture of the property listed in the July 18, 2013 Preliminary Order of Forfeiture, to wit: 14,250 lbs. of shrimp located at Gulf Crown Seafood, in Delcambre, LA; and, 7,200 lbs. of shrimp located at Southern Cold Storage in Baton Rouge, LA, a substantial portion of that identified in Count One of the Criminal Information;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between January 9, 2016 and February 7, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of

1

their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject property described in this Court's August 11, 2015 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the August 11, 2015 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshal Service and/or the U. S. Department of Commerce, National Oceanic and Atmosphere Administration are directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Marshal's Service and/or the U. S. Department of Commerce, National Oceanic and Atmosphere Administration as soon as located or recovered into the Magnuson-Stevens Conservation and Management Act Fund in accordance with 16 U.S.C. § 1861(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __7th__ of day April 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE